IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHNNY POMPA, on behalf of  )
All Others Similarly        )
Situated,                   )
                            )
    Plaintiff,              )
                            )         CIVIL ACTION NO.
    v.                      )          2:09cv792-MHT
                            )
THE COLONIAL BANCGROUP,     )
INC., et al.,               )
                            )
    Defendants.             )


LORA McKAY, individually    )
and on behalf of a class    )
of all others similarly     )
situated,                   )
                            )
    Plaintiff,              )
                            )         CIVIL ACTION NO.
    v.                      )          2:09cv806-MHT
                            )
LEWIS E. BEVILLE, et al.,   )
                            )
    Defendants.             )
```

```
ANTHONY PETISCO, on Behalf    )
of Himself and All Others     )
Similarly Situated,           )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )       2:09cv821-MHT
                              )
SIMUEL SIPPIAL, JR.,          )
et al.,                       )
                              )
     Defendants.              )


THELMA SCHAEFER, on Behalf    )
of All Others Similarly       )
Situated,                     )
                              )
     Plaintiff,               )
                              )      CIVIL ACTION NO.
     v.                       )       2:09cv822-MHT
                              )
THE BANCGROUP BENEFITS        )
ADMINISTRATION AND            )
INVESTMENT COMMITTEE,         )
et al.,                       )
                              )
     Defendants.              )
```

```
KEVIN McFADDEN, on Behalf    )
of all Others Similarly      )
Situated,                    )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )         2:09cv839-MHT
                             )
THE BANCGROUP BENEFITS       )
ADMINISTRATION AND           )
INVESTMENT COMMITTEE,        )
et al.,                      )
                             )
     Defendants.             )


GERALDINE E. BURIO-PILCH,    )
on Behalf of All Others      )
Similarly Situated,          )
                             )
     Plaintiff,              )
                             )       CIVIL ACTION NO.
     v.                      )         2:09cv848-MHT
                             )
THE BANCGROUP BENEFITS       )
ADMINISTRATION AND           )
INVESTMENT COMMITTEE,        )
et al.,                      )
                             )
     Defendants.             )
```

```
LINDA SHOCKLEY,                  )
individually and on behalf       )
of all others similarly          )
situated,                        )
                                 )
     Plaintiff,                  )
                                 )    CIVIL ACTION NO.
     v.                          )     2:09cv865-MHT
                                 )
THE BANCGROUP BENEFITS           )
ADMINISTRATION AND               )
INVESTMENT COMMITTEE,            )
et al.,                          )
                                 )
     Defendants.                 )


LEONOR M. TORREGROZA,            )
individually and on behalf       )
of a class of all others         )
similarly situated,              )
                                 )
     Plaintiff,                  )
                                 )    CIVIL ACTION NO.
     v.                          )     2:09cv881-MHT
                                 )
LEWIS E. BEVILLE; et al.,        )
                                 )
     Defendants.                 )
```

## ORDER

It is ORDERED as follows:

(1) The motions to consolidate, etc., in all of the above-styled cases are granted to the extent that all the cases are consolidated.

(2) The lead case is Pompa v. The Colonial BancGroup, Inc., et al., civil action no. 2:09cv792-MHT.

(3) All future filings by the parties and their attorneys should be in the Pompa case only.

DONE, this the 20th day of October, 2009.

                /s/ Myron H. Thompson
           UNITED STATES DISTRICT JUDGE