IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| LORA McKAY, individually and on behalf of a class of all others similarly situated, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:09cv806-MHT |
| LEWIS E. BEVILLE, et al., | ) ) | |
| Defendants. | ) | |

ORDER

In light of the order granting consolidation, it is ORDERED that all pending motions in this case are denied without prejudice.

DONE, this the 20th day of October, 2009.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**