IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

LORA McKAY, individually          )
and on behalf of a class          )
of all others similarly           )
situated,                         )
                                  )
    Plaintiff,                    )
                                  )       CIVIL ACTION NO.
    v.                            )        2:09cv806-MHT
                                  )
LEWIS E. BEVILLE, et al.,         )
                                  )
    Defendants.                   )

### ORDER

Because all filings will be made in only the Pompa case, the lead case, it is ORDERED that this individual case is closed administratively until further order of the court.

DONE, this the 20th day of October, 2009.

    /s/ Myron H. Thompson
   UNITED STATES DISTRICT JUDGE